*Harry E. Lewis, District Attorney* (*Ralph E. Hemstreet* of counsel), for respondent.

Judgment affirmed; no opinion.
Concur: CHASE, COLLIN, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* THE CITY OF BUFFALO, Respondent.

*People* v. *City of Buffalo*, 175 App. Div. 218, affirmed.
(Argued March 19, 1917; decided April 3, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 24, 1916, affirming a judgment entered upon a decision of the court at a Trial Term without a jury, which denied the plaintiff's claim to fines collected by the defendant for violation of its ordinances regulating motor vehicle traffic. The action was in conversion. The state claimed to be entitled to the fines under section 291 of the Highway Law which directs that all fines, penalties and forfeitures collected for violations of the motor vehicle article of the Highway Law or "of any act in relation to the use of the public highways by motor vehicles" shall be paid to the treasurer of the state.

*Egburt E. Woodbury, Attorney-General* (*Edward G. Griffin* and *C. T. Dawes* of counsel), for appellant.

*William S. Rann, Corporation Counsel* (*Clayton M. Smith* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CHASE, COLLIN, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.